

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

AP-76,663

EX PARTE MICHAEL W. MORTON, Applicant

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
FROM WILLIAMSON COUNTY

*WOMACK, J., filed a statement.*

I have not participated in the consideration or decision of this case because a member of

my family was one of the applicant's lawyers at his trial.

Filed October 12, 2011.
Do not publish.